FERRO ENAMEL CORPORATION, formerly the Ferro Enameling Company, v. COMMISSIONER OF INTERNAL REVENUE.

No. 6649.

Circuit Court of Appeals, Sixth Circuit.

Dec. 14, 1933.

Paul L. Holden, of Cleveland, Ohio, for petitioner.

E. B. Prettyman, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed pursuant to motion of respondent.

Eugene FLETCHER, Appellant, v. CITY OF PASADENA, a Municipal Corporation, et al., Appellees.

No. 7159.

Circuit Court of Appeals, Ninth Circuit.

Jan. 16, 1934.

E. D. Martindale, of Los Angeles, Cal., for appellant.

Harold P. Huls, City Atty., and John W. Holmes, Deputy City Atty., both of Pasadena, Cal., for appellees City of Pasadena, Kelly and Morris.

U. S. Webb, Atty. Gen., and Lucas E. Kilkenny, Dep. Atty. Gen., for appellees Webster, Reynolds, and Jacobs.

Everett W. Mattoon, Co. Counsel, and S. V. O. Prichard, Deputy Co. Counsel, both of Los Angeles, Cal., for appellees Steel and Gould.

W. I. Gilbert, of Los Angeles, Cal., for appellee Ingram.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motions of counsel for appellees for dismissal of appeals, and, upon consideration thereof, ordered motions to dismiss granted for failure of appellant to pay docket fee as required by rule 17 of the Rules of Practice of this court, and because of incapacity of appellant to prosecute the cause.

J. Hegeman FOSTER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 97.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

R. Kemp Slaughter and Hugh C. Bickford, both of Washington, D. C., for petitioner.

Pat Malloy, Asst. Atty. Gen., and Sewall Key, and Francis H. Horan, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.